**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

AHMAD ERAKAT,

Plaintiff,

v.

DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, *et al.*,

Defendants.

Case No.: 1:24-cv- 0350 JLT SAB (PC)

ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc.10)

Ahmad Erakat initiated this action by filing a complaint on March 25, 2024. (Doc. 1.) However, Plaintiff did not pay the filing fee when he initiated this action. Therefore, the Court ordered Plaintiff to file a motion to proceed *in forma pauperis* or pay the filing fee. (Doc. 3.) After Plaintiff failed to do so, the magistrate judge issued an order to Plaintiff to show cause why the action should not be dismissed. (Doc. 5.) Plaintiff did not respond to the Court's order.

The magistrate judge found Plaintiff failed to comply with the Court's order and failed to prosecute the action. (Doc. 10 at 1, 3.) The magistrate judge weighed the factors identified by the Ninth Circuit to determine whether terminating sanctions are appropriate, and found the factors weighed in favor of dismissal. (*See id.* at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.) The Court served these Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.*) The Court advised him that the failure to file objections by the specified time may result in the waiver of

rights on appeal. (*Id*. at 3-4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Moreover, because Plaintiff has not paid the filing fee, the action cannot proceed at this time. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 24, 2024 (Doc. 10) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 10, 2024**

UNITED STATES DISTRICT JUDGE